IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROLAND KADERLI | § | |
| VS. | § | CIVIL ACTION NO. 1:06-CV-150 |
| MITCH WOODS | § | |

**MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner Roland Kaderli, a former prisoner, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the petition.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Petitioner filed a motion for reconsideration, which the court liberally construes as objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit. Petitioner's claims concerning excessive bail are moot because he has been released from prison. *See Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987). In his motion for reconsideration, petitioner asserts a claim of false imprisonment. This claim is not

cognizable in a habeas corpus proceeding. *See Preiser v. Rodriquez*, 411 U.S. 475 (1973) (holding that the writ of habeas corpus is the appropriate remedy for a prisoner challenging the fact of confinement). Therefore, the false imprisonment claim should be severed from this case and proceed as a civil rights action.

## ORDER

Accordingly, petitioner's objections (document no. 30) are **OVERRULED**. Petitioner's false imprisonment claim is **SEVERED** from this action and will proceed as a separate civil action. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED** this the **30** day of **April, 2007.**

_____
Thad Heartfield
United States District Judge